

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2016

No. 04-16-00296-CV

**IN THE INTEREST OF T.M.C., ET AL CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02352
Honorable Peter Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record has been filed. However, the reporter's record, which was due May 19, 2016, has not yet been filed. Ms. Cindy Hyatt is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal.

Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

Accordingly, Ms. Hyatt is hereby ORDERED to file the reporter's record in this appeal **no later than June 3, 2016**.

We further ORDER the Clerk of this Court to serve a copy of this order on Ms. Hyatt by first class United States mail and by certified mail, return receipt requested. We also ORDER the Clerk of this Court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 28.4(b)(1); 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court